COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Jorge L. Diaz.

Appellate case number:      01-17-00868-CV

Trial court case number:    2016-87864

Trial court:                125th District Court of Harris County

On November 10, 2017, relator, Jorge L. Diaz, filed an emergency motion for temporary relief, requesting that we stay the "proceedings in Cause No. 2016-87864; Guerra v. Diaz; in the 125th District Court of Harris County, Texas; to the extent such proceedings are aimed either at enforcing Respondent's September 14, 2017, order or punishing relator for disobedience thereof." We grant relator's emergency motion to stay. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the case in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* 52.10(c).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                    ☒  Acting individually      ☐ Acting for the Court

Date: November 21, 2017